UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Andrew McGonigle and Yanira Gomez, *on behalf of themselves and others similarly situated*,<br><br>                Plaintiffs,<br><br>  v.<br><br>Freedom Debt Relief, LLC,<br><br>                Defendant. | No. 3:25-cv-05426-LJC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT** |

This matter, coming to be heard on the "Notice of Motion and Motion to Dismiss Plaintiff's Complaint" (hereafter, the "Motion") filed by Defendant in the above-captioned matter on August 22, 2025, due notice having been given, the Court being fully apprised in the premises, and for good cause shown, **IT IS HEREBY ORDERED** that: (1) the Motion is **GRANTED** for all the reasons stated therein, and (2) Plaintiff's Complaint (Dkt. 1) is **DISMISSED** [with] [without] prejudice.

**SO ORDERED THIS ___ DAY OF _____, 2025**

                                                  By: _____
                                                       Hon. Lisa J. Cisneros
                                                       United States Magistrate Judge