MANATT, PHELPS & PHILLIPS, LLP
JOHN W. MCGUINNESS (Bar No. CA 277322)
E-Mail: JMcGuinness@manatt.com
2049 Century Park East
Suite 1700
Los Angeles, California  90067
Telephone:    310.312.4000
Facsimile:    310.312.4224

Attorneys for Defendant
FREEDOM DEBT RELIEF, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Andrew McGonigle and Yanira Gomez, *on behalf of themselves and others similarly situated*,<br><br>　　　　　　　Plaintiffs,<br>　　v.<br><br>Freedom Debt Relief, LLC,<br><br>　　　　　　　Defendant. | Case No. 3:25-cv-05426-LJC<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS (CIVIL LOCAL RULE 3-15) AND CORPORATE DISCLOSURE STATEMENT (FED. R. CIV. P. 7.1)** |

　　　　Pursuant to Civil Local Rule 3.15 and Fed. R. Civ. P. 7.1, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

　　　　1.　Plaintiff Andrew McGonigle, an individual;

　　　　2.　Plaintiff Yanira Gomez, an individual;

　　　　3.　Defendant Freedom Debt Relief LLC is owned by Freedom Financial Network, LLC. Freedom Financial Network, LLC is owned by a private holding company and no publicly held corporation owns 10% or more of Freedom Debt Relief LLC

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
WASHINGTON, D.C.

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS AND CORPORATE DISCLOSURE STATEMENT CASE 3:25-CV-05426-LJC

Dated: August 22, 2025					Respectfully submitted,

						MANATT, PHELPS & PHILLIPS, LLP


						By: /s/ John W. McGuinness
						     John W. McGuinness
						     Attorneys for Defendant
						     Freedom Debt Relief, LLC

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
WASHINGTON, D.C.

- 2 -    CERTIFICATION OF INTERESTED ENTITIES OR PERSONS AND CORPORATE DISCLOSURE STATEMENT CASE 3:25-CV-05426-LJC

**CERTIFICATE OF CM/ECF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on August 22, 2025, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Federal Rules of Civil Procedure 5.

Dated:       August 22, 2025                    MANATT, PHELPS & PHILLIPS, LLP


By: /s/ John W. McGuinness
     John W. McGuinness