Aaron D. Radbil (*pro hac vice*)
Greenwald Davidson Radbil PLLC
5550 Glades Road, Suite 500
Boca Raton, Florida 33431
(561) 826-5477
aradbil@gdrlawfirm.com

*Attorney for Plaintiff and the proposed class*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| Andrew McGonigle and Yanira Gomez, *on behalf of themselves and others similarly situated*,<br><br>        Plaintiffs,<br><br>v.<br><br>Freedom Debt Relief, LLC,<br><br>        Defendant. | No. 3:25-cv-05426-LJC |

**PLAINTIFFS' *UNOPPOSED* MOTION TO EXTEND THEIR DEADLINE TO RESPOND TO DEFENDANT'S MOTION TO DISMISS AND/OR STRIKE PLAINTIFFS' COMPLAINT**

1

1. On August 22, 2025, Freedom Debt Relief, LLC ("Defendant") filed its motion to dismiss and/or strike Plaintiff's complaint ("Motion"). *See* ECF No. 16.

2. Andrew McGonigle and Yanira Gomez's ("Plaintiffs") response to the Motion is therefore due on or before September 5, 2025. *See* Local Rule 7-3(a) ("The opposition must be filed and served not more than 14 days after the motion was filed.").

3. Plaintiffs, however, request an additional fourteen days to prepare and file their response to the Motion.

4. Defendant does not oppose Plaintiffs' request.

5. Plaintiffs make their request in good faith, given the complex nature of this case and the Motion, and not for purposes of delay.

6. WHEREFORE, Plaintiffs request that this Court allow them until September 19, 2025 to file a response to the Motion.

Dated: August 27, 2025    /s/ *Aaron D. Radbil*
Aaron D. Radbil (*pro hac vice*)
Greenwald Davidson Radbil PLLC
5550 Glades Road, Suite 500
Boca Raton, Florida 33431
(561) 826-5477
aradbil@gdrlawfirm.com