1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| Andrew McGonigle and Yanira Gomez, *on behalf of themselves and others similarly situated*,<br><br>    Plaintiffs,<br><br>v.<br><br>Freedom Debt Relief, LLC,<br><br>    Defendant. | ) No. 3:25-cv-05426-LJC<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**(PROPOSED) ORDER ON PLAINTIFFS'** *UNOPPOSED* **MOTION TO EXTEND THEIR DEADLINE TO RESPOND TO DEFENDANT'S MOTION TO DISMISS AND/OR STRIKE PLAINTIFFS' COMPLAINT**

1

1 | Plaintiffs are allowed until September 19, 2025 to file a response to
2 | Defendant's motion to dismiss and/or strike Plaintiffs' complaint.

Dated this _____ day of _____, 2025.

_____
United States District Judge

2