**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| Andrew McGonigle and Yanira Gomez, *on behalf of themselves and others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>Freedom Debt Relief, LLC,<br><br>Defendant. | No. 3:25-cv-05426-~~LJC~~ VC |

**(~~PROPOSED~~) ORDER ON PLAINTIFFS' *UNOPPOSED* MOTION TO EXTEND THEIR DEADLINE TO RESPOND TO DEFENDANT'S MOTION TO DISMISS AND/OR STRIKE PLAINTIFFS' COMPLAINT**

Plaintiffs are allowed until September 19, 2025 to file a response to Defendant's motion to dismiss and/or strike Plaintiffs' complaint.

Motion to Dismiss and/or Strike hearing scheduled for 10/23/2025 at 10:00AM in Courtroom 4.

Dated this 3 day of September, 2025.

United States District Judge