Aaron D. Radbil (*pro hac vice*)
Greenwald Davidson Radbil PLLC
5550 Glades Road, Suite 500
Boca Raton, Florida 33431
(561) 826-5477
aradbil@gdrlawfirm.com

*Attorney for Plaintiff and the proposed class*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| Andrew McGonigle and Yanira Gomez, *on behalf of themselves and others similarly situated*, | No. 3:25-cv-05426-LJC |
| Plaintiffs, | |
| v. | |
| Freedom Debt Relief, LLC, | |
| Defendant. | |

**PLAINTIFFS' SECOND *UNOPPOSED* MOTION TO EXTEND THEIR DEADLINE TO RESPOND TO DEFENDANT'S MOTION TO DISMISS AND/OR STRIKE PLAINTIFFS' COMPLAINT**

1

1. On August 22, 2025, Freedom Debt Relief, LLC ("Defendant") filed its motion to dismiss and/or strike Plaintiff's complaint ("MTD / MTS"). *See* ECF No. 16.

2. Andrew McGonigle and Yanira Gomez's ("Plaintiffs") response to Defendant's MTD / MTS was therefore due on or before September 5, 2025. *See* Local Rule 7-3(a) ("The opposition must be filed and served not more than 14 days after the motion was filed.").

3. On August 27, 2025, Plaintiffs requested an additional 14 days to file their response to Defendant's MDS / MTS. *See* ECF No. 19.

4. This Court granted Plaintiffs' unopposed request, and allowed them until September 19, 2025 to file their response to Defendant's MTD / MTS. *See* ECF No. 24.

5. Since then, Plaintiffs and Defendant have been meeting and conferring about a number of issues relevant to Defendant's MDS / MTS, including:

- Whether Defendant denies delivering, or causing to be delivered, the subject messages referenced by Plaintiffs' class action complaint;
- Whether Defendant denies the subject messages referenced by Plaintiffs' class action complaint were delivered on Defendant's behalf;
- Whether Defendant denies the telephone numbers from which Plaintiffs' received the subject messages referenced by Plaintiffs' class action complaint, and to which the subject messages direct a return call, are associated with Defendant; and
- Whether Defendant denies the subject messages referenced by Plaintiffs' class action complaint were artificial or prerecorded voice messages.

6. And because Plaintiffs and Defendant continue to meet and confer about these issues, as well as related concerns, Plaintiffs now request an additional 21 days to prepare and file their response to Defendant's MTD / MTS.

7. Plaintiffs believe the requested 21-day extension will allow them to complete their meet and confer discussions with Defendant.

8. Defendant does not oppose Plaintiffs' request.

9. Plaintiffs make their request in good faith, given the complex nature of this case and Defendant's MTD / MTS, and not for purposes of delay.

10. As well, and given Plaintiffs' instant request, they also request that this Court reset the currently scheduled October 23, 2025 hearing on Defendant's MTD / MTS. *See* ECF No. 25.

11. WHEREFORE, Plaintiffs request that this Court allow them until October 10, 2025 to file a response to Defendant's MTD / MTS, and accordingly reset the hearing on Defendant's MTD / MTS.

Dated: September 17, 2025	/s/ *Aaron D. Radbil*
	Aaron D. Radbil (*pro hac vice*)
	Greenwald Davidson Radbil PLLC
	5550 Glades Road, Suite 500
	Boca Raton, Florida 33431
	(561) 826-5477
	aradbil@gdrlawfirm.com