1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| Andrew McGonigle and Yanira Gomez, *on behalf of themselves and others similarly situated*, <br><br> Plaintiffs, <br><br> v. <br><br> Freedom Debt Relief, LLC, <br><br> Defendant. | ) No. 3:25-cv-05426-LJC <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**(PROPOSED) ORDER ON PLAINTIFFS' SECOND *UNOPPOSED* MOTION TO EXTEND THEIR DEADLINE TO RESPOND TO DEFENDANT'S MOTION TO DISMISS AND/OR STRIKE PLAINTIFFS' COMPLAINT**

1

1
2    Plaintiffs are allowed until October 10, 2025 to file a response to Defendant's
3 motion to dismiss and/or strike Plaintiffs' complaint. The hearing on Defendant's
4 motion to dismiss and/or strike Plaintiffs' complaint is reset for **[date]**.
5
6
7                            Dated this ____ day of _____, 2025.
8
9                            _____
10                           United States District Judge
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28