**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| Andrew McGonigle and Yanira Gomez, *on behalf of themselves and others similarly situated*, | ) No. 3:25-cv-05426-LJC ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| Freedom Debt Relief, LLC, | ) ) ) |
| Defendant. | ) ) |

**(PROPOSED) ORDER ON NOTICE OF VOLUNTARY DISMISSAL**

This matter is Dismissed without Prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. Defendant has not served an answer or a motion for summary judgment.

1

1  Dated this ____ day of _____, 2025.

     _____
     United States District Judge