# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| Andrew McGonigle and Yanira Gomez, *on behalf of themselves and others similarly situated*, | ) No. 3:25-cv-05426-VC )  )  ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| Freedom Debt Relief, LLC, | ) ) |
| Defendant. | ) ) |
| _____ | ) |

**(PROPOSED) ORDER ON NOTICE OF VOLUNTARY DISMISSAL**

This matter is Dismissed without Prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. Defendant has not served an answer or a motion for summary judgment.

1

Dated this __6__ day of __October__, 2025.

_____
United States District Judge

2